CARROLL B. STOIANOFF, Appellant, v CONSOLIDATED EDISON CO. OF NEW YORK, INC., Respondent.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 16 Misc 3d 128(A).

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 957 (2007)].

WHITE HOUSE MANOR, LTD., Plaintiff, v ROSE ELLEN BENJAMIN et al., Respondents. KOREAN PRESBYTERIAN CHURCH, Nonparty Appellant.

Submitted October 9, 2007; decided January 10, 2008

Reported below, 42 AD3d 450.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.